UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Jesus Sierra-Hernandez ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR1898-JLS <br> 08mj1725 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 08685298 |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Ruth Naveli Vanzzini-Angeles
(Arr: 6/2/08)

DATED: 6-12-08

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk
Roi-Ann Bressi