1    KAREN P. HEWITT
     United States Attorney
2    Rebecca Kanter
     Assistant U.S. Attorney
3    California State Bar No. 230257
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-6747 / Fax: (619) 235-2757
     Email: Rebecca .Kanter@usdoj.gov
6
     Attorneys for Plaintiff
7    United States of America

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )    Criminal Case No. 08cr1898-JLS
                                          )
12                        Plaintiff,      )
                                          )    NOTICE OF APPEARANCE
13            v.                          )
                                          )
14   Jose Jesus Sierra-Hernandez, et. al  )
                                          )
15                        Defendant.      )
                                          )
16

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19       I certify that I am admitted to practice in this court or authorized to practice under CivLR

20   83.3.c.3-4.

21       The following government attorneys (who are admitted to practice in this court or authorized

22   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24   activity in this case:

25       <u>Name</u> (If none, enter "None" below)

26       None.

27   //

28   //

1      Effective this date, the following attorneys are no longer associated with this case and should

2  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4  association):

5      Name (If none, enter "None" below)

6      None.

7      Please call me if you have any questions about this notice.

8      DATED:   July 22, 2008.

                                                              Respectfully submitted,
9
                                                              KAREN P. HEWITT
10                                                             United States Attorney

11     /s/ *Rebecca S. Kanter*
                                                              REBECCA S. KANTER
12                                                             Assistant United States Attorney
                                                              Attorneys for Plaintiff
13                                                             United States of America
                                                              Email: Rebecca.Kanter@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2

1

2

3                                   UNITED STATES DISTRICT COURT

4                                   SOUTHERN DISTRICT OF CALIFORNIA

5     UNITED STATES OF AMERICA,              )          Criminal Case No. 08cr1898-JLS
                                             )
6                    Plaintiff,              )
                                             )
7              v.                            )
                                             )          CERTIFICATE OF SERVICE
8     Jose Jesus Sierra-Hernandez, et. al    )
                                             )
9                    Defendant.              )
                                             )

10

11    IT IS HEREBY CERTIFIED THAT:

12        I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years
      of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
13
          I am not a party to the above-entitled action.  I have caused service of **NOTICE OF
14    APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of
      the District Court using its ECF System, which electronically notifies them.
15
          1. Shaffy Moeel
16        2. Al Smithson

17        I hereby certify that I have caused to be mailed the foregoing, by the United States Postal
      Service, to the following non-ECF participants on this case:
18

19        N/A

20
      the last known address, at which place there is delivery service of mail from the United States
21    Postal Service.

22        I declare under penalty of perjury that the foregoing is true and correct.

23
          Executed on July 22, 2008              /s/ *Rebecca S. Kanter*
24                                               REBECCA S. KANTER
25                                               Assistant U.S. Attorney

26

27

28